KRISTINA L. HILLMAN, Bar No. 7752
KERIANNE R. STEELE, Bar No. 10995
LAW OFFICES OF KRISTINA L. HILLMAN
  Affiliated with Weinberg, Roger & Rosenfeld
  A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada 89423
Telephone (775) 770-4832
Fax (775) 782-6932
E-Mail:  khillman@unioncounsel.net
         ksteele@unioncounsel.net

Attorneys for Defendant

SIGAL CHATTAH, Bar No. 8264
CHATTAH DIMOPOULOS
5875 S. Rainbow Blvd., # 204
Las Vegas, Nevada  89118
Telephone (702) 360-6200
Fax (702) 643-6292
E-Mail:  chattahlaw@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUXURY HOLDINGS LV LLC, d/b/a DIAMANTI; ALA RETAIL GROUP LLC d/b/a VASARI; JEFF WHITE CUSTOM JEWELRY,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL, AND REINFORCING IRON WORKERS LOCAL 433; DOE individuals I through XX; ROE CORPORATIONS I through XX,<br><br>Defendant. | Case No.  2:14-cv-00285-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>Judge: Richard F. Boulware, II |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this matter may be dismissed with prejudice, each party to bear its own attorney fees and costs incurred in this litigation.

1

| | | |
|---|---|---|
| Dated: August 12, 2014 | | LAW OFFICES OF KRISTINA L. HILLMAN<br>Affiliated with Weinberg, Roger & Rosenfeld<br>A Professional Corporation |
| | By: | /s/ *Kristina L. Hillman*<br>Kristina L. Hillman<br>Kerianne R. Steele |
| | | Attorneys for Defendants |
| Dated: August 12, 2014 | | CHATTAH DIMOPOULOS |
| | By: | /s/ *Sigal Chattah*<br>SIGAL CHATTAH<br>(as authorized on August 12, 2014) |
| | | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: this 3rd day of September, 2014.

By: _____
RICHARD F. BOULWARE, II
United States District Judge

135922/775914

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION AND ORDER DISMISSING ACTION
Case No. 2:14-cv-00285 JAD-NJK